# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Luis Enrique Andrade, | Case No.: 2:26-cv-00156-JAD-MDC |
|     Petitioner | |
| v. | **Order Instructing the Petitioner to Submit an IFP Application or Pay Filing Fee** |
| John Mattos | [ECF No. 1-1] |
|     Respondents | |

*Pro se* Petitioner Luis Enrique Andrade, an immigration detainee, filed his 28 U.S.C. § 2241 petition for writ of habeas corpus[1] and did not either pay the required $5.00 filing fee or submit a complete application for leave to proceed *in forma pauperis* ("IFP").[2]  This action will not proceed unless and until Andrade either pays the $5 filing fee or submits a complete IFP application with all required documentation.

    **IT IS THEREFORE ORDERED** that Andrade must either (1) **pay** the $5 filing fee **or** (2) **file** an IFP application that includes: (a) a financial certificate signed by petitioner and an authorized prison official, (b) a financial declaration and acknowledgement signed by petitioner, and (c) a copy of his inmate account statement for the six-month period prior to filing. If he fails to do so by **March 4, 2026, this case will be dismissed without prejudice and without further prior notice**.  If Andrade decides to pay the filing fee from his inmate account, he must arrange to have a copy of this order attached to the check for the filing fee.

---

[1] ECF No. 1-1.

[2] Under 28 U.S.C. § 1914(a) and the Judicial Conference Schedule of Fees, a $5.00 filing fee is required to initiate a habeas action in a federal district court.  The court may authorize an indigent prisoner to begin a habeas action without paying the $5 fee if he submits an IFP application on the approved form. 28 U.S.C. § 1915(a); LSR 1-1, LSR 1-2.

The Clerk of Court is instructed to **send** petitioner a blank copy of the IFP application for inmates along with two copies of this order.

_____

U.S. District Judge Jennifer A. Dorsey
February 3, 2026

2